**Order filed, October 01, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00788-CV
_____

## BOWEN, MICLETTE & BRITT INSURANCE AGENCY, LLC, Appellant

## V.

## CHRISTOPHER TAYLOR, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-03943**

## ORDER

The reporter's record in this case was due **August 27, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kimberly Kidd**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM